UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Lisa Koenig <br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:   19-18417 <br><br> Chapter:  7 <br> Honorable LaShonda Hunt <br> Joliet |

## ORDER APPROVING TRUSTEE'S MOTION TO APPROVE SETTLEMENT AND OTHER RELIEF

This matter coming to be heard on the motion (the "Motion") of Joji Takada, not individually, but as the chapter 7 trustee ("Trustee") of Lisa Koenig (the "Debtor") seeking entry of an order approving the settlement of a personal injury claim ("Claim") against Kelly Hall Pecka and the insurance company Allstate Fire and Casualty Company (collectively, the "Defendant") (the "Settlement Agreement"), the allowance and payment of certain claims, and approve the settlement with the Debtor related to the proceeds of the Settlement Agreement; notice having been provided to all creditors that filed claims greater than $1,000; the court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. The Trustee ratifies the Settlement Agreement with the Defendant previously entered into by the Debtor in which the Claim is settled in return for $72,000 (the "Gross Settlement Amount").

2. Michael A. Shammas of the Shammas Law Office (collectively "Shammas") is allowed a chapter 7 administrative claim in the amount of $23,534.80 (the "Shammas Claim") for the actual and necessary expenses related to his work for the Debtor in settling the Claim to be paid from the Gross Settlement Amount.

3. The Trustee is authorized to pay all the medical liens asserted against the Gross Settlement Amount up to the total amount of $24,874.15 (the "Medical Lien Payment").

4. The Trustee's settlement with the Debtor is approved in which the Debtor will receive a reduced exemption of $13,591.50 and the Debtor's estate will receive $10,000 of the remaining Gross Settlement Amount, after payment of the Debtor's exemption, the Medical Lien Payment, and the Shammas Claim.

Enter: *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  April 02, 2021

**Prepared by:**

Zane L. Zielinski (6278776)
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com